IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHERRI ELENZ             PLAINTIFF

v.             CIVIL ACTION NO. 3:24-CV-253-SA-RP

STATE FARM FIRE AND CASUALTY COMPANY             DEFENDANT

FINAL JUDGMENT

For the reasons articulated in the Court's Order and Memorandum Opinion issued this day, the Plaintiff's claims are DISMISSED *with prejudice*. This CASE is CLOSED.

THIS the 12th day of September, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE